UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO.: 20-CV-10151-JLK

**ANDREW T. DAY,**

    **Plaintiff,**

vs.

**City of Key West Mayor
TERI JOHNSTON (in her official capacity)
Key West City Manager
GREGORY W. VELIZ (in his official capacity)
and the CITY OF KEY WEST, FLORIDA,
a Florida Municipality**

    **Defendants.**
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW,** the Plaintiff, ANDEW T. DAY, by and through his undersigned attorney and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby gives notice of his voluntary dismissal of the above styled action.

Dated: December January 12, 2021    Respectfully submitted,
       Miami, Florida

                                By:    /s/ *William Leonard Athas*
                                        ATHAS LAW FIRM, PLLC
                                        William L. Athas , Esq.
                                        Florida Bar No. 0078247
                                        701 Brickell Avenue, Suite 1550
                                        Miami, Florida 33131
                                        Telephone: (954) 292-7745
                                        Email:  athaslaw@aol.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on January 12, 2021. I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                          s/ William Leonard Athas
                                                          William Leonard Athas

**SERVICE LIST**
Case No. 20-cv-10151-JLK
Andrew T. Day,
v.
**City of Key West Mayor TERI JOHNSTON, (in her official capacity),
Key West City Manager GREGORY W. VELIZ (in his official capacity) and
The CITY OF KEY WEST, FLORIDA, a Florida Municipality..**

Teri Johnston,
Mayor of Key West Florida
1300 White Street
Key West, Florida 33040
Mailing address:
P. O. Box 1409
Key West, Florida 33041-1409
Telephone: (305) 809-3844
Email: tjohnston@cityofkeywest-fl.gov
Alternate Email:
mayor@cityofkeywest-fi.gov

George W. Veliz,
City Manger, City of Key West
1300 White Street
Key West, Florida 33040
Mailing address:
P. O. Box 1409
Key West, Florida 33041-1409
Telephone" (305) 809-3886
Email: Citymanager@cityofkeywest-fl.gov

Shawn D. Smith
Key West City Attorney
1300 White Street
Key West, Florida 33040
Mailing address
P. O. Box 1409
Key West, Florida 33401-1409
Telephone: (305) 809-3770
Email: sdsmith@cityockeywest-fl.gov

Michael T. Burke
Johnson, Anselmo, Murdock, Burke, Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Fort Lauderdale, FL 33304
Florida Bar No. 338771
Email: Burke@jambg.com
Cardona@jambg.com
Tel: (954) 463-0100