UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-10151-JLK

ANDREW T. DAY,

    Plaintiff,

v.

CITY OF KEY WEST MAYOR
TERI JOHNSTON (IN HER OFFICIAL CAPACITY),
KEY WEST CITY MANAGER
GREGORY W. VELIZ (IN HIS OFFICIAL CAPACITY),
AND THE CITY OF KEY WEST, FLORIDA,
A FLORIDA MUNICIPALITY,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE, comes before the Court on Plaintiff's Notice of Voluntary Dismissal (D.E. #21) filed January 12, 2021 in the above styled case. Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is

ORDERED, ADJUDGED and DECREED as follows:

1.    The above-styled case is hereby DISMISSED.

2.    All unresolved pending motions in this case are hereby DENIED as moot.

3.    The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of January, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record